FILED
CLERK, U.S. DISTRICT COURT

AUG 3 1 2009

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

CURTIS DEAN WRIGHT,

           Petitioner,

    v.

C.D.C.R.,

           Respondent.

)
)
)
)
)
)
)
)
)
)

No. EDCV 06-587 JSL (FFM)

JUDGMENT

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 8/31/09

Spencer Letts
_____
J. SPENCER LETTS
United States District Judge